IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**MARIO A. YBARRA,**

**Plaintiff,**

**v.**

**CITY OF O'FALLON, ILLINOIS,
KIRK HANCOCK, CRAIG KOCH
and RYAN MENSING**

**Defendants.**                                                                 **No. 03-CV-0867-DRH**

## MEMORANDUM AND ORDER

**HERNDON, District Judge:**

On November 24, 2003, Mario Ybarra filed a four count complaint against Defendants for violations of 42 U.S.C. § 1983 (Count I) and assault (Counts II, III and IV) (Doc. 2). Plaintiff's complaint alleges that on June 25, 2003 Defendants, O'Fallon Police Officers, Hancock, Koch and Mensing without legal justification repeatedly beat Ybarra on his face, head and body and broke his arm. Defendants removed the case to this Court on December 22, 2003 (Doc. 1)

On November 3, 2005, pursuant to **28 U.S.C. § 636(b)(1)(B)**, Magistrate Judge Donald G. Wilkerson submitted a Report and Recommendation ("the Report") (Doc. 30). The Report recommends that the Court dismiss without prejudice Plaintiff's cause of action for failure to prosecute this case by failing to participate in the scheduling of this case and by failing to respond to Orders. The Report was sent to the parties with a notice informing them of their right to appeal

by way of filing "objections" within ten days of service of the Report. To date, none of the parties has filed objections. The period in which to file objections has expired. Therefore, pursuant to **28 U.S.C. § 636(b)**, this Court need not conduct *de novo* review. ***Thomas v. Arn*, 474 U.S. 140, 149-52 (1985)**.

Accordingly, the Court **ADOPTS** the Report (Doc. 30). The Court **DISMISSES without prejudice** Plaintiff's cause of action.

**IT IS SO ORDERED.**

Signed this 28th day of November, 2005.

/s/        David RHerndon
United States District Judge